IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUNDERSEN LUTHERAN MEDICAL CENTER, INC. <br><br> Plaintiff, <br><br><br> v. <br><br><br> MICHAEL O. LEAVITT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES <br><br> Defendant, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.
06CV02195 (RWR)

### Declaration of Jeffrey A. Lovitky

1. My name is Jeffrey Lovitky, 1735 New York Avenue, NW, Suite 700, Washington, D.C.  20006.

2. I am over 18 years of age, and not a party to the above action.

3. On December 26, 2006, I caused to be served by certified mail, return receipt requested, the Summons and Complaint in this action on (i) the Honorable Alberto Gonzalez, Attorney General of the United States, 950 Pennsylvania Avenue, N.W., Washington D.C. 20530 (Certified Mail #7006 0100 0001 7448 7463); and on (ii) the Honorable Michael O. Leavitt, Secretary of Health and Human Services, 200 Independence Avenue, S.W.,

Washington D.C. 20530 (Certified Mail #7006 0100 0001 7448 7456); and

on (iii) the Civil Process Clerk, Office of the United States Attorney for the

District of Columbia, 555 Fourth Street, N.W., Washington D.C. 20530

(Certified Mail #7006 0100 0001 7448 3656).

4. I declare under penalty of perjury that the foregoing is true and

correct.

Date: December 31, 2006

Jeffrey A. Lovitky