**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GUNDERSEN LUTHERAN MEDICAL CENTER, <br>     Plaintiff, <br><br>     v. <br><br> MICHAEL O. LEAVITT, <br> Secretary, United States Department of Health and Human Services, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )  Civ. Action No. 06-2195 (RWR) <br> )    ECF <br> ) <br> ) <br> ) <br> ) <br> ) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel for the defendant in the above-captioned case.

                                                  Respectfully submitted,

                                                  /s/

                                                  MEGAN L. ROSE, NC Bar # 28639
                                                  Assistant United States Attorney
                                                  Judiciary Center Building
                                                  555 Fourth Street, N.W.
                                                  Washington, D.C. 20530
                                                  (202) 514-7220
                                                  (202) 514-8780 (fax)
                                                  Megan.Rose@usdoj.gov