UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUNDERSEN LUTHERAN MEDICAL CENTER,<br><br>       Plaintiff,<br><br>       v.<br><br>MICHAEL O. LEAVITT, Secretary,<br>   U.S. Department of Health<br>   and Human Services,<br><br>       Defendant. | Case No. 1:06CV02195 (RWR) |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 30-day enlargement of time, up to and including March 28, 2007, to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Local Civil Rule 7(m), the Secretary's counsel contacted Plaintiff's counsel on February 16, 2007 regarding the instant motion. Plaintiff, through counsel, has graciously consented to the extension. In support of this motion, the Secretary states as follows:

    1. Plaintiff instituted this action with the filing of their Complaint on December 26, 2006, and the current deadline for the Secretary's response to Plaintiff's Complaint is February 26, 2006. See Fed. R. Civ. P. 12(a)(3)(A).

    2. Plaintiff challenges a decision by the Secretary regarding the propriety of the

denial of the Centers for Medicare & Medicaid Services ("CMS") of Plaintiff's request for an exception to the Medicare reimbursement rate applicable to End Stage Renal Disease facilities. The matters at issue in this action are complex and require careful investigation of the administrative record before the Secretary answers or otherwise responds to the Compliant.

3. The Office of the Attorney Advisor ("OAA") within CMS is responsible for compiling the administrative records for all actions filed in courts throughout the country regarding Medicare provider reimbursement disputes and, thus, its workload is quite heavy.

4. The Secretary's counsel have not received the administrative record for this action. Upon receipt of the administrative record for this action, Defendant's counsel will need considerable time to review the record, consult with the agency as necessary, and prepare an appropriate response to Plaintiff's Complaint.

5. In order to allow sufficient time for OAA to compile the administrative record for this action, and for Defendant's counsel to review that record and the record and the judicial docket for the allegedly related case; to consult with the agency as necessary; and to prepare an appropriate response to the Complaint, the Secretary respectfully requests an enlargement of time of thirty days, up to and including March 28, 2006, within which to answer or otherwise respond to Plaintiff's Complaint.

6. This request is made in good faith and not for purposes of delay.

    7. The Secretary has not previously requested or been given an extension of time to respond to Plaintiff's Complaint.

    8. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

                                            Respectfully submitted,

                                            /s/
                                    JEFFREY A. TAYLOR
                                    United States Attorney
                                    D.C. Bar No. 498610

                                          /s/
                                    MEGAN L. ROSE
                                    Assistant United States Attorney
                                    N.C. Bar No. 28639
                                    Civil Division
                                    555 4th Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 514-7720
                                    Facsimile: (202) 514-8780


                                          /s/
_____ROBERT BALDERSTON
                                    Attorney
                                    U.S. Department of Health and
                                        Human Services
                                    Office of the General Counsel
                                    Room 5309, Cohen Bldg.
                                    330 Independence Ave, SW
                                    Washington, DC 20201
                                    (202) 619-3601
                                    Facsimile: (202) 401-1405


_____Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUNDERSEN LUTHERAN  )<br>MEDICAL CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary, )<br>U.S. Department of Health )<br>and Human Services, )<br>)<br>Defendant. )<br>_____) | Case No. 1:06CV02195 (RWR) |

**<u>ORDER</u>**

Having considered Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Defendant's Consent Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including March 28, 2007 to answer or otherwise respond to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE