## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUNDERSEN LUTHERAN MEDICAL CENTER,<br>      Plaintiff,<br><br>      v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of Health and Human Services,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   Civ. Action No. 06-2195 (RWR)<br>)   ECF<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. The record exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.

Respectfully submitted,

/s/
Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
Megan L. Rose
MEGAN L. ROSE, NC Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
Megan.Rose@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been delivered by City Express, this 28 day of March, 2007, addressed to:

Jeffrey A. Lovitky
1735 New York Avenue, NW
Suite 500
Washington, DC 20036.


/s/ Megan L. Rose
Megan L. Rose
Assistant United States Attorney