UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUNDERSEN LUTHERAN MEDICAL CENTER, INC.<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health and Human Services,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:06CV02195 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**PRAECIPE**

Defendant requests that the Clerk of the Court enter the appearance of Robert W. Balderston as additional counsel for Defendant in the above-captioned case. Mr. Balderston's contact information is as follows:

    Robert W. Balderston
    Attorney
    U.S. Department of Health and Human Services
    Office of the General Counsel
    Room 5342, Cohen Building
    330 Independence Avenue, S.W.
    Washington, D.C. 20201
    (202) 619-3601 / Fax: (202) 401-1505
    E-mail: robert.balderston@hhs.gov

                            Respectfully submitted,

                            / s /
                            JEFFREY A. TAYLOR
                            United States Attorney
                            D.C. Bar No. 498610

        / s /
MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220/FAX: (202) 514-8780

ROBERT W. BALDERSTON
Attorney
U.S. Department of Health and Human Services
Office of the General Counsel


Counsel for the Secretary