IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUNDERSEN LUTHERAN MEDICAL<br>CENTER, INC.<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, SECRETARY<br>OF HEALTH AND HUMAN SERVICES<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:06CV02195 (TFH)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR A BRIEFING SCHEDULE**

Plaintiff, Gundersen Lutheran Medical Center, Inc., by and through its undersigned counsel, respectfully moves for an order establishing a briefing schedule for dispositive motions. Pursuant to the requested schedule, dispositive briefs would be due as follows: Plaintiff's Motion for Summary Judgment – September 4, 2007; Defendants' Oppositions and Cross Motions- November 5, 2007; Plaintiff's Opposition and Reply – December 18, 2007; Defendants' Replies – January 30, 2008. Defendant's counsel has advised that he takes no position on this motion.

In support of the instant motion, Plaintiff states as follows:

1.  On December 26, 2006, the Plaintiff initiated this action with the filing of a Complaint in <u>Gundersen Lutheran Medical Center v. Leavitt</u>, 1:06CV02195 (D.D.C. filed December 26, 2006).

2.  Plaintiff's Complaint was served on the office of the United States Attorney for the District of Columbia on December 26, 2006.  Accordingly, the Secretary's response to the Complaint was originally due by February 26, 2007.

3.  On February 21, 2007, the Secretary filed an Unopposed Motion in which he respectfully requested an enlargement of time of thirty (30) days, up to and including March 28, 2007, within which to answer or otherwise respond to Plaintiff's Complaint.  The Court granted this Motion on March 1, 2007.

4.  On March 28, 2007, the Secretary filed an Answer to the Complaint.  On March 28, 2007, the Secretary also filed with the Court a copy of the certified administrative record in this action.

5.  The administrative record filed by the Secretary in this case is voluminous, consisting of 931 pages.  This is an extensive record to review in a very short period of time.  In addition, counsel for Plaintiff has recently moved into a new office, which has necessitated considerable reorganization.

6.  Counsel for Plaintiff is also a sole practitioner, and is responsible for several other cases currently in litigation. Plaintiff's counsel represents the

Appellant in St. Joseph Hospital v. Leavitt, currently pending at the United States Court of Appeals for the Ninth Circuit, Case No. 07-55058. Plaintiff's counsel is responsible for the preparation of the briefs in that case, which are due on June 25, 2007. Appellant's Reply Brief in that case is due on August 8, 2007.

7. Plaintiff's counsel also represents the Appellant in Chippewa Dialysis Services v. Leavitt, United States Court of Appeals for the District of Columbia Circuit, Case No. 07-5063. Opening briefs in that case are due on June 15, 2007, and Reply Briefs will be due on July 30, 2007.

8. Plaintiff's counsel also represents the Plaintiff in Loma Linda Kidney Center v. Leavitt, United States District Court for the District of Columbia, Case No. 06CV1926. Plaintiff's opening brief in that case is due on August 6, 2007, and its Reply Brief is due is due on October 15, 2007.

9. Plaintiff's attorney is also the sole counsel in the following additional case for which a briefing schedule is expected to be issued imminently: American Council of the Blind v. Paulson, United States Court of Appeals for the District of Columbia Circuit, Case No. 07-5063.

10. Accordingly, Plaintiff requests that briefing in this case commence not earlier than September 4, 2007, as provided in the above schedule.

11. A proposed order is attached.

WHEREFORE, Plaintiff respectfully requests that the Court issue an Order establishing a briefing schedule as herein requested.

DATED: May 29, 2007

Respectfully submitted,

/s
JEFFREY A. LOVITKY
(D.C. Bar No. 404834)
Attorney at Law
Washington, D.C. 20006
(202) 429-3393

Counsel for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
GUNDERSEN LUTHERAN MEDICAL       )
   CENTER, INC.                  )
                                           )
          Plaintiff,                 )
                                           )
v.                                                  ) Case No. 1:06CV02195 (TFH)
                                           )
MICHAEL O. LEAVITT, SECRETARY    )
OF HEALTH AND HUMAN SERVICES     )
                                           )
          Defendant,                 )
_____)

**ORDER**

Having considered Plaintiff's motion to establish a schedule for the submission of dispositive briefs, it is this __ day of ___, 2007,

**ORDERED** that dispositive motions shall be submitted as follows:

Plaintiff's Motion for Summary Judgment – September 4, 2007;

Defendants' Oppositions and Cross Motions- November 5, 2007;

Plaintiff's Opposition and Reply – December 18, 2007;

Defendants' Replies – January 30, 2008.

_____
United States District Judge