UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 30 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| GUNDERSON LUTHERAN MEDICAL CENTER, INC. ) ) ) | |
| Plaintiff, ) ) ) ) | |
| v. ) ) ) | Civil No. 06-2195 (TFH) |
| MICHAEL O. LEAVITT, ) Secretary of Health and Human Services, ) ) | |
| Defendant. | |

## ORDER

On May 24, 2007, this matter was reassigned from Judge Richard W. Roberts to Chief Judge Thomas F. Hogan. On May 29, 2007, Plaintiff moved the Court to issue a briefing schedule. Plaintiff's motion indicates that Defendant takes no position with respect to Plaintiff's motion. Accordingly, it is

**ORDERED** that the parties shall submit dispositive motions in accordance with the following briefing schedule:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | September 4, 2007 |
| Defendant's Opposition and Cross Motion | October 9, 2007 |
| Plaintiff's Opposition and Reply | November 13, 2007 |
| Defendant's Reply | December 18, 2007 |

**SO ORDERED.**

May 30, 2007

Thomas F. Hogan
Chief Judge