IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GUNDERSEN LUTHERAN MEDICAL CENTER, INC.<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HEALTH AND HUMAN SERVICES<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 06-2195 (TFH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to LCvR 83.15(c) of the local rules of United States District Court for the District of Columbia, notice is hereby provided of the following new address for Plaintiff's counsel in this proceeding:

    Jeffrey A. Lovitky,
    1776 K Street, N.W., Suite 200
    Washington D.C. 20006
    Tel: 202-429-3393
    Facsimile 202-318-4013
    Email: lovitky@aol.com

                                                  Respectfully submitted,
                                                  /s
                                               _____
                                               Jeffrey A. Lovitky

Dated: September 29, 2007