**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GUNDERSEN LUTHERAN MEDICAL CENTER, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civ. Action No. 06-2195 (RWR) <br> ) |
| MICHAEL O. LEAVITT, <br> Secretary, United States Department of <br> Health and Human Services, | ) <br> ) <br> ) <br> ) |
| Defendant. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorneys Megan L. Rose and Charlotte A. Abel.

Dated: October 15, 2007    Respectfully submitted,

                                                                           /s/
                                         MEGAN L. ROSE, NC Bar No. 28639

                                                                           /s/
                                         CHARLOTTE A. ABEL, D.C. Bar No. 388582

                                                                           /s/
                                         PETER S. SMITH, D.C. Bar #465131
                                         Assistant United States Attorney
                                         United States Attorney's Office
                                         Civil Division
                                         555 4th Street, N.W.
                                         Washington, D.C. 20530
                                         (202) 307-0372