# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ | |
| GUNDERSEN LUTHERAN ) | |
| MEDICAL CENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 06-2195 (RWR) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary, United States Department of ) | |
| Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States

Attorney Christopher B. Harwood as counsel of record for Defendant and withdraw the

appearance of Assistant United States Attorney Peter S. Smith.

Dated: December 4, 2007                    Respectfully submitted,

                                    _____/s/_____
                                    PETER S. SMITH, D.C. Bar #465131


                                    _____/s/_____
                                    CHRISTOPHER B. HARWOOD
                                    N.Y. Bar No. 4202982
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    Civil Division
                                    555 4th Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 307-0372