REFERRAL TO MAGISTRATE JUDGE

CATEGORY: C

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 151 CONTRACT RECOVERY MEDICARE | | | |
|---|---|---|---|---|
| CASE NO: CA06-06-2195 | DATE REFERRED: 08-06-08  DISPOSITION DATE: | PURPOSE: MOTIONS ONLY | JUDGE: HOGAN | MAG. JUDGE |

| PLAINTIFF(S): GUNDERSEN LUTHERAN MEDICAL CENTER, INC., | DEFENDANT(S): MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES |
|---|---|

ENTRIES: